Neyman, Appellant, *v.* Soutter.

Argued March 22, 1965. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*Robert Palkovitz,* with him *David S. Palkovitz, Jack Palkovitz,* and *Palkovitz and Palkovitz,* for appellant.

*Ines W. Cordisco,* for appellee.

OPINION PER CURIAM, May 3, 1965:
Judgment affirmed.
Mr. Justice MUSMANNO dissents.